FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

## TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/15/2015 2:58:43 PM

CATHY S. LUSK
Clerk

May 26, 2015

Ms. Jenica Turner
District Clerk, Wood County
P. O. Box 1707
Quitman, TX 75783
* DELIVERED VIA E-MAIL *

RE:     Case Number:              12-13-00035-CV
        Trial Court Case Number:   2011-115

Style:  Aaron Jordan, Michael Jordan, Heather Jordan, Gilbert Jordan, Phyllis Ann
        Woods and Donna Joyce Curtis
        v.
        Cynthia Kay Lyles

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
    Katrina McClenny, Chief Deputy Clerk


C Mr. Charles E. Baruch (DELIVERED VIA E-MAIL)
C Mr. Gregory D. Smith (DELIVERED VIA E-MAIL)


Mandate executed on 27 day of May, 2015.

Brief explanation of action taken: affirmed & upheld

_Jenifer M Josha_ Deputy, District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van
Zandt and Wood Counties
www.12thcoa.courts.state.tx.us